UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAIN CENTER OF SE INDIANA, LLC<br>THE PAIN MEDICINE AND<br>REHABILITATION CENTER, P.C. and<br>ANTHONY ALEXANDER, M.D.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ORIGIN HEALTHCARE SOLUTIONS<br>LLC; SSIMED (d/b/a SSIMED Holding,<br>LLC); ORIGIN HOLDINGS, INC., a<br>Delaware Corporation;<br>JOHN DOES (1-50) inclusive; and (1-100),<br>inclusive,<br><br>    Defendants. | Case No. 1:13-cv-0133-RLY-DKL |

## MOTION TO COMPEL PLAINTIFFS
## TO RESPOND TO REQUESTS FOR PRODUCTION

  Defendants Origin Healthcare Solutions LLC, SSIMED (d/b/a SSIMED Holding, LLC) and Origin Holdings, Inc. (collectively, "**Defendants**") served Plaintiffs Pain Center of SE Indiana, LLC, The Pain Medicine and Rehabilitation Center, P.C., and Anthony Alexander, M.D (collectively, "**Plaintiffs**") with Defendants' Second Set of Requests for Production of Documents on September 22, 2014 (the "**Request**" or "**Requests**"). Plaintiffs responded and objected to every request (the "**Response**"). Plaintiffs, however, failed to support any of their objections either in the written response to the Requests or in the conference that occurred when trying to resolve this dispute. Plaintiffs have, therefore, waived all of their objections. Further, none of the objections have merit.

  Defendants attempted to resolve this discovery dispute informally with Plaintiffs before filing this motion, but Plaintiffs are unwilling to produce any documents responsive to

Defendants' Requests. Accordingly, Defendants move this Court, in accordance with Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37-1, to compel Plaintiffs to produce documents responsive to the Requests.

Respectfully submitted,

FROST BROWN TODD LLC

By: s/Darren A. Craig
James Dimos, #11178-49
Michele Lorbieski Anderson, #28923-49
Darren A. Craig, #25534-49
Attorneys for Defendants,
Origin Healthcare Solutions LLC;
SSIMED (d/b/a SSIMED Holding, LLC);
Origin Holdings, Inc.

## CERTIFICATE OF SERVICE

  I hereby certify that on 13th day of February, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Volney Brand | E. Carlos Tanner, III |
| BRAND LAW PLLC | TANNER & ASSOCIATES, LLC |
| volney@brandlaw.us.com | carlos.tanner@thetannerlawfirm.com |

Patrick W. Harrison
Patrick W. Harrison, Attorney at Law
woodyh@woodyharrison.com

                   s/Darren A. Craig
FROST BROWN TODD LLC           Darren A. Craig
P.O. Box 44961
Indianapolis, IN  46244-0961
Phone: 317-237-3800
Fax:    317-237-3900
jdimos@fbtlaw.com
manderson@fbtlaw.com
dcraig@fbtlaw.com

0104393.0603739   4816-6423-5809v1