UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PAIN CENTER OF SE INDIANA, LLC
THE PAIN MEDICINE AND
REHABILITATION CENTER, P.C. and
ANTHONY ALEXANDER, M.D.,

        Plaintiffs,

  v.                                   Case No. 1:13-cv-0133-RLY-DKL

ORIGIN HEALTHCARE SOLUTIONS
LLC; SSIMED (d/b/a SSIMED Holding,
LLC); ORIGIN HOLDINGS, INC., a
Delaware Corporation;
JOHN DOES (1-50) inclusive; and (1-100),
inclusive,

        Defendants.

## MOTION TO COMPEL THE DEFENDANTS TO PROVIDE SUFFICIENT ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES, REDEPOSITION OF MRS. DEMITRA HILTON AND REMAINDER OF MRS. JOY DECKARD'S DEPOSITION

COMES NOW, The Pain Center of SE Indiana, LLC, The Pain Medicine and Rehabilitation Center, P.C. and Anthony Alexander, MD ("Plaintiffs"), by and through counsel and pursuant to Rule 37 of the Federal Rules of Civil Procedure, and the Court's inherent authority and moves this Court for an Order requiring Origin Healthcare Solutions, LLC; SSIMED (d/b/a SSIMED Holding, LLC) and Origin Holdings, Inc., a Delaware Corporation ("Defendants") to provide sufficient responses as required by the relevant rules to Plaintiffs' First Set of Interrogatories, to compel the redeposition of Mrs. Hilton and the remainder of Mrs. Deckard's deposition. The parties met and conferred regarding these issues on October 16, 2014, November 8, 2014, and December 4, 2014.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically served upon the following Counsel:

| | |
|---|---|
| James Dimos | jdimos@fbtlaw.com |
| Michelle Anderson | manderson@fbtlaw.com |
| Darren Craig | dcraig@fbtlaw.com |

via the Court's ECF on the 13t$^h$ day of February 2015.

Volney Brand
**BRAND LAW PLLC**
5001 Spring Valley Road
400 East Tower
Dallas, Texas  75244
Telephone:  (214) 932-1472
Facsimile:  (214) 932-1473
E-mail:  volney@brandlaw.us.com

E. Carlos Tanner, III, Esq. (MS Bar No. 102713)
**Tanner & Associates, LLC**
P.O. Box 3709
Jackson, Mississippi 39207
Carlos.tanner@thetannerlawfirm.com
601.460.1745 (telephone)
662.796.3509 (facsimile)

Patrick W. Harrison
**Patrick W. Harrison, Attorney at Law**
1026 Jackson St. PO Box 387
Columbus, IN 47202-0387
Office: 812-375-0911
Fax: 812-375-0951

2