UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PAIN CENTER OF SE INDIANA, LLC; INDIANA PAIN MEDICINE AND REHABILITATION CENTER, P.C.; and ANTHONY ALEXANDER, M.D., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 1:13-cv-00133-RLY-DKL |
| vs. | ) ) | |
| ORIGIN HEALTHCARE SOLUTIONS LLC; SSIMED (d/b/a SSIMED Holding, LLC); ORIGIN HOLDINGS, INC., a Delaware Corporation; JOHN DOES (1–50) inclusive; and JOHN DOES (1–100) inclusive, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

Consistent with the Entry issued this day, the court now enters final judgment in favor of Defendants, Origin Healthcare Solutions LLC, SSIMED (d/b/a SSIMED Holding, LLC) Origin Holdings, Inc., a Delaware Corporation; John Does (1-50) inclusive; and John Does (1-100) inclusive, and against Plaintiffs, Pain Center of SE Indiana, LLC; Indiana Pain Medicine and Rehabilitation Center, P.C.; and Anthony Alexander, M.D.

**SO ORDERED** this 24th day of January 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.