# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Pain Center of SE Indiana, LLC, The Pain Medicine and Rehabilitation Center, P.C., and Anthony Alexander, M.D., | Case No. 1:13-cv-0133-RLY-MJD |
| Plaintiffs, | |
| v. | |
| Origin Healthcare Solutions LLC, SSIMED (d/b/a SSIMED Holding, LLC), Origin Holdings, Inc., a Delaware Corporation, John Does (1–50) inclusive, and (1–100), inclusive, | |
| Defendants. | |

## DEFENDANTS' PROPOSED JURY INSTRUCTIONS

Defendants Origin Healthcare Solutions LLC, SSIMED (d/b/a SSIMED Holding, LLC) and Origin Holdings, Inc., (collectively, "**Defendants**") submit the following proposed jury instructions for the trial of this matter scheduled for December 3, 2018. Defendants' proposed jury instructions are attached hereto as **Exhibit A**.

Respectfully submitted,

Frost Brown Todd LLC

By:  s/Michele L. Lorbieski
    Darren A. Craig, #25534-49
    Michele L. Lorbieski, #28923-49
    201 North Illinois Street, Suite 1900
    P.O. Box 44961
    Indianapolis, IN 46244-0961
    Telephone: (317) 237-3800
    Facsimile:  (317) 237-3900
    Email: dcraig@fbtlaw.com
           mlorbieski@fbtlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2018, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michele L. Lorbieski
_____
Michele L. Lorbieski

# EXHIBIT A

# PRELIMINARY INSTRUCTIONS

**Defendants' Proposed Jury Instruction No. 1**

Members of the Jury:

You have been selected as jurors and have taken an oath to well and truly try this case.

Keep an open mind. Do not make a decision about the outcome of this case until you have heard all the evidence, the arguments of counsel, and my final instructions about the law you will apply to the evidence you have heard.

Your decision must be based only on the evidence presented during this trial and my instructions on the law. It would not be fair for you to base your decision on information that you acquire outside the courtroom from a source that cannot be challenged or cross-examined by the parties.

Therefore, from now until the trial ends, you must not:

- Conduct research on your own or as a group,

- Use dictionaries, the Internet, Google, or any other resource to gather any information about the issues in this case, the law that applies to the case, or the people involved in the case, including the parties, witnesses, lawyers, or the judge.

- Investigate the case, conduct any experiments, or attempt to gain any specialized knowledge about the case, or

- Receive assistance in deciding the case from any outside source.

You also must not:

- Use laptops or cell phones in the courtroom or in the jury room,

- Consume any alcohol or drugs that could affect your ability to hear and understand the evidence,

- Read, watch, or listen to anything about this trial from any source whatsoever, including newspapers, radio, television, or the Internet,

- Listen to discussions among, or receive information from, other people about this trial, or

- Visit or view the scene of any event involved in this case. If you happen to pass by the scene, do not stop or investigate.

Finally, you must not:

Talk to any of the parties, their lawyers, any of the witnesses, or members of the media. If anyone tries to talk to you about this case, you must tell my court staff or me immediately.

You may discuss the evidence with your fellow jurors during the trial, but only in the jury room, and only when all of you are present. Even though you are permitted to have these discussions, you must not make a decision about the outcome of this case until your final deliberations begin. Until you reach a verdict, do not communicate about this case or your deliberations with anyone else.

You must not communicate with anyone or post information about the case, or what you are doing in the case, by any means, including telephone, text messages, email, internet chat rooms, blogs, or social websites, such as Facebook or Twitter.

During the trial, you may tell people who need to know that you are a juror, and you may give them information about when you will be required to be in court. But you must not talk with them or others about anything else related to the case. Only you have been found to be fair, and only you have promised to be fair--no one else has been so qualified. After your service on this jury is concluded, you are free to talk with anyone about the case or do whatever research you wish.

These rules are designed to help guarantee a fair trial. I know you will follow these rules, in accord with your oath and promise.

**Authority**: Indiana Model Civil Jury Instruction 101

_____    GIVEN

_____    MODIFIED

_____    REFUSED

_____    WITHDRAWN

**Defendants' Proposed Jury Instruction No. 2**

If you realize that you have personal knowledge about this case, you must inform my court staff or me immediately.

**Authority:** Indiana Model Civil Jury Instruction 103

_____ GIVEN

_____ MODIFIED

_____ REFUSED

_____ WITHDRAWN

**Defendants' Proposed Jury Instruction No. 3**

Judges and jurors perform different tasks. I will instruct you on the law, both now and after all the evidence has been presented. You will decide the facts in this case. Then you will decide the outcome of this case by applying my instructions to the facts.

**Authority:** Indiana Model Civil Jury Instruction 105

\_\_\_\_    GIVEN

\_\_\_\_    MODIFIED

\_\_\_\_    REFUSED

\_\_\_\_    WITHDRAWN

**Defendants' Proposed Jury Instruction No. 4**

Consider all of my preliminary and final instructions together. Do not single out any individual sentence, point, or instruction and ignore the others.

**Authority:** Indiana Model Civil Jury Instruction 107

_____  GIVEN

_____  MODIFIED

_____  REFUSED

_____  WITHDRAWN

## Defendants' Proposed Jury Instruction No. 5

In this case some of the parties are corporations. All parties are equal before the law. A corporation is entitled to the same fair consideration that you would give any individual person.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.03

_____  GIVEN

_____  MODIFIED

_____  REFUSED

_____  WITHDRAWN

**Defendants' Proposed Jury Instruction No. 6**

Plaintiffs Pain Center of SE Indiana, LLC, The Pain Medicine and Rehabilitation Center, P.C., and Anthony Alexander, M.D., sued defendants Origin Healthcare Solutions LLC, SSIMED, LLC, and Origin Holdings, Inc.

Plaintiffs claim that SSIMED, LLC breached the agreement dated June 18, 2003, it entered into with Pain Center of SE Indiana, LLC. Plaintiffs must prove their claim by the greater weight of the evidence.

Defendants deny plaintiffs' claim. Defendants are not required to disprove plaintiffs' claim.

Defendants have claimed certain defenses. More specifically, defendants claim that:

(1) plaintiffs' claims in this case are inconsistent with plaintiffs' position in a bankruptcy filed by plaintiff The Pain Medicine and Rehabilitation Center, P.C.;

(2) plaintiffs waived their rights under the contract; and

(3) plaintiffs failed to use reasonable care to minimize their damages.

Defendant must prove their defenses by the greater weight of the evidence.

**Authority:** Indiana Model Civil Jury Instruction 109

_____ GIVEN

_____ MODIFIED

_____ REFUSED

_____ WITHDRAWN

**Defendants' Proposed Jury Instruction No. 7**

First, the attorneys will have an opportunity to make opening statements. These statements are not evidence. They are only previews of what the attorneys anticipate the evidence will be.

Following the opening statements, the attorneys begin presenting the evidence. They may call witnesses to testify under oath. The attorneys may also offer documents and other exhibits as evidence.

When the evidence is completed, the attorneys will make final, or closing, arguments. These final arguments are not evidence, but are given to help you evaluate the evidence. The attorneys are also permitted to argue, to characterize the evidence, and to attempt to persuade you to a particular verdict. You may accept or reject those arguments as you see fit.

**Authority:** Indiana Model Civil Jury Instruction 123

_____ GIVEN

_____ MODIFIED

_____ REFUSED

_____ WITHDRAWN

# IN-TRIAL INSTRUCTIONS

**Defendants' Proposed Jury Instruction No. 8**

We are about to take our first break during the trial, and I want to remind you of the instruction I gave you earlier. Until the trial is over, you are not to discuss this case with anyone, including your fellow jurors, members of your family, people involved in the trial, or anyone else. If anyone approaches you and tries to talk to you about the case, do not tell your fellow jurors but advise me about it immediately. Do not read or listen to any news reports of the trial. Finally, remember to keep an open mind until all the evidence has been received and you have heard the views of your fellow jurors.

I may not repeat these things to you before every break that we take, but keep them in mind throughout the trial.

**Authority**: Pattern Civil Jury Instructions of the Seventh Circuit 2.01

\_\_\_\_     GIVEN

\_\_\_\_     MODIFIED

\_\_\_\_     REFUSED

\_\_\_\_     WITHDRAWN

**Defendants' Proposed Jury Instruction No. 9**

A deposition is the sworn testimony of a witness taken before trial. The witness is placed under oath to tell the truth and lawyers for each party may ask questions. The questions and answers are recorded.

The deposition of [Witness], which was taken on [date], is about to be presented to you. Deposition testimony is entitled to the same consideration and is to be judged, insofar as possible, in the same way as if the witness had been present to testify.

Do not place any significance on the behavior or tone of voice of any person reading the questions or answers.

**Authority**: Pattern Civil Jury Instructions of the Seventh Circuit 2.08

_____    GIVEN

_____    MODIFIED

_____    REFUSED

_____    WITHDRAWN

# FINAL INSTRUCTIONS

### Defendants' Proposed Jury Instruction No. 10

Consider all of my preliminary and final instructions together. Do not single out any individual sentence, point, or instruction and ignore the others.

**Authority:** Indiana Model Civil Jury Instruction 503

_____ GIVEN

_____ MODIFIED

_____ REFUSED

_____ WITHDRAWN

**Defendants' Proposed Jury Instruction No. 11**

Members of the jury, you have seen and heard all the evidence and arguments of the attorneys. Now I will instruct you on the law.

You have two duties as a jury. Your first duty is to decide the facts from the evidence in the case. This is your job, and yours alone.

Your second duty is to apply the law that I give you to the facts. You must follow these instructions, even if you disagree with them. Each of the instructions is important, and you must follow all of them.

Perform these duties fairly and impartially. Do not allow sympathy, prejudice, fear, or public opinion to influence you. You should not be influenced by any person's race, color, religion, national ancestry, or sex.

Nothing I say now, and nothing I said or did during the trial, is meant to indicate any opinion on my part about what the facts are or about what your verdict should be.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.01

\_\_\_\_   GIVEN

\_\_\_\_   MODIFIED

\_\_\_\_   REFUSED

\_\_\_\_   WITHDRAWN

**Defendants' Proposed Jury Instruction No. 12**

During this trial, I have asked a witness a question myself. Do not assume that because I asked questions I hold any opinion on the matters I asked about, or on what the outcome of the case should be.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.02

\_\_\_\_    GIVEN

\_\_\_\_    MODIFIED

\_\_\_\_    REFUSED

\_\_\_\_    WITHDRAWN

**Defendants' Proposed Jury Instruction No. 13**

In this case some of the parties are corporations. All parties are equal before the law. A corporation is entitled to the same fair consideration that you would give any individual person.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.03

_____ GIVEN

_____ MODIFIED

_____ REFUSED

_____ WITHDRAWN

**Defendants' Proposed Jury Instruction No. 14**

The evidence consists of the testimony of the witnesses, and the exhibits admitted in evidence.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.04

\_\_\_\_    GIVEN

\_\_\_\_    MODIFIED

\_\_\_\_    REFUSED

\_\_\_\_    WITHDRAWN

**Defendants' Proposed Jury Instruction No. 15**

During the trial, certain testimony was presented to you by the reading of depositions and video. You should give this testimony the same consideration you would give it had the witnesses appeared and testified here in court.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.05

_____ GIVEN

_____ MODIFIED

_____ REFUSED

_____ WITHDRAWN

**Defendants' Proposed Jury Instruction No. 16**

Certain things are not to be considered as evidence. I will list them for you:

First, if I told you to disregard any testimony or exhibits or struck any testimony or exhibits from the record, such testimony or exhibits are not evidence and must not be considered.

Second, anything that you may have seen or heard outside the courtroom is not evidence and must be entirely disregarded. This includes any press, radio, Internet or television reports you may have seen or heard. Such reports are not evidence and your verdict must not be influenced in any way by such publicity.

Third, questions and objections or comments by the lawyers are not evidence. Lawyers have a duty to object when they believe a question is improper. You should not be influenced by any objection, and you should not infer from my rulings that I have any view as to how you should decide the case.

Fourth, the lawyers' opening statements and closing arguments to you are not evidence. Their purpose is to discuss the issues and the evidence. If the evidence as you remember it differs from what the lawyers said, your memory is what counts.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.06

_____ GIVEN

_____ MODIFIED

_____ REFUSED

_____ WITHDRAWN

**Defendants' Proposed Jury Instruction No. 17**

Any notes you have taken during this trial are only aids to your memory. The notes are not evidence. If you have not taken notes, you should rely on your independent recollection of the evidence and not be unduly influenced by the notes of other jurors. Notes are not entitled to any greater weight than the recollections or impressions of each juror about the testimony.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.07

_____  GIVEN

_____  MODIFIED

_____  REFUSED

_____  WITHDRAWN

## Defendants' Proposed Jury Instruction No. 18

In determining whether any fact has been proved, you should consider all of the evidence bearing on the question regardless of who introduced it.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.08

_____  GIVEN

_____  MODIFIED

_____  REFUSED

_____  WITHDRAWN

**Defendants' Proposed Jury Instruction No. 19**

You will recall that during the course of this trial I instructed you that I admitted certain evidence for a limited purpose. You must consider this evidence only for the limited purpose for which it was admitted.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.09

_____    GIVEN

_____    MODIFIED

_____    REFUSED

_____    WITHDRAWN

**Defendants' Proposed Jury Instruction No. 20**

You should use common sense in weighing the evidence and consider the evidence in light of your own observations in life.

In our lives, we often look at one fact and conclude from it that another fact exists. In law we call this "inference." A jury is allowed to make reasonable inferences. Any inference you make must be reasonable and must be based on the evidence in the case.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.11

\_\_\_\_  GIVEN

\_\_\_\_  MODIFIED

\_\_\_\_  REFUSED

\_\_\_\_  WITHDRAWN

**Defendants' Proposed Jury Instruction No. 21**

You may have heard the phrases "direct evidence" and "circumstantial evidence." Direct evidence is proof that does not require an inference, such as the testimony of someone who claims to have personal knowledge of a fact. Circumstantial evidence is proof of a fact, or a series of facts, that tends to show that some other fact is true.

As an example, direct evidence that it is raining is testimony from a witness who says, "I was outside a minute ago and I saw it raining." Circumstantial evidence that it is raining is the observation of someone entering a room carrying a wet umbrella.

The law makes no distinction between the weight to be given to either direct or circumstantial evidence. You should decide how much weight to give to any evidence. In reaching your verdict, you should consider all the evidence in the case, including the circumstantial evidence.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.12

_____    GIVEN

_____    MODIFIED

_____    REFUSED

_____    WITHDRAWN

### Defendants' Proposed Jury Instruction No. 22

You must decide whether the testimony of each of the witnesses is truthful and accurate, in part, in whole, or not at all. You also must decide what weight, if any, you give to the testimony of each witness.

In evaluating the testimony of any witness, including any party to the case, you may consider, among other things:

- the ability and opportunity the witness had to see, hear, or know the things that the witness testified about;

- the witness's memory;

- any interest, bias, or prejudice the witness may have;

- the witness's intelligence;

- the manner of the witness while testifying;

- and the reasonableness of the witness's testimony in light of all the evidence in the case.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.13

_____ GIVEN

_____ MODIFIED

_____ REFUSED

_____ WITHDRAWN

**Defendants' Proposed Jury Instruction No. 23**

You may consider statements given by parties and witness under oath before trial as evidence of the truth of what they said in the earlier statements, as well as in deciding what weight to give their testimony.

With respect to other witnesses, the law is different. If you decide that, before the trial, one of these witnesses made a statement not under oath or acted in a manner that is inconsistent with his testimony here in court, you may consider the earlier statement or conduct only in deciding whether his testimony here in court was true and what weight to give to his testimony here in court.

In considering a prior inconsistent statements or conduct, you should consider whether it was simply an innocent error or an intentional falsehood and whether it concerns an important fact or an unimportant detail.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.14

_____  GIVEN

_____  MODIFIED

_____  REFUSED

_____  WITHDRAWN

## Defendants' Proposed Jury Instruction No. 24

It is proper for a lawyer to meet with any witness in preparation for trial.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.16

_____ GIVEN

_____ MODIFIED

_____ REFUSED

_____ WITHDRAWN

**Defendants' Proposed Jury Instruction No. 25**

You may find the testimony of one witness or a few witnesses more persuasive than the testimony of a larger number. You need not accept the testimony of the larger number of witnesses.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.17

_____    GIVEN

_____    MODIFIED

_____    REFUSED

_____    WITHDRAWN

## Defendants' Proposed Jury Instruction No. 26

The law does not require any party to call as a witness every person who might have knowledge of the facts related to this trial. Similarly, the law does not require any party to present as exhibits all papers and things mentioned during this trial.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.18

_____    GIVEN

_____    MODIFIED

_____    REFUSED

_____    WITHDRAWN

**Defendants' Proposed Jury Instruction No. 27**

You have heard a witness give opinions about matters requiring special knowledge or skill. You should judge this testimony in the same way that you judge the testimony of any other witness. The fact that such person has given an opinion does not mean that you are required to accept it. Give the testimony whatever weight you think it deserves, considering the reasons given for the opinion, the witness's qualifications, and all of the other evidence in the case.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.21

_____ GIVEN

_____ MODIFIED

_____ REFUSED

_____ WITHDRAWN

**Defendants' Proposed Jury Instruction No. 28**

Certain summaries of medical billing data are in evidence. It is up to you to decide if the summaries are accurate.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.23

_____  GIVEN

_____  MODIFIED

_____  REFUSED

_____  WITHDRAWN

**Defendants' Proposed Jury Instruction No. 29**

Demonstrative exhibits showing the work-flow for Practice Manager and the timeline of Plaintiffs' billing staff have been shown to you. Those demonstrative exhibits are used for convenience and to help explain the facts of the case. They are not themselves evidence or proof of any facts.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.24

_____  GIVEN

_____  MODIFIED

_____  REFUSED

_____  WITHDRAWN

**Defendants' Proposed Jury Instruction No. 30**

You must give separate consideration to each claim and each party in this case. Although there are three defendants, it does not follow that if one is liable, any of the others is also liable. Although there are three plaintiffs, it does not follow that if one is successful, the others are, too.

In considering a claim against a defendant, you must not consider evidence admitted only against other defendants.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.25

_____ GIVEN

_____ MODIFIED

_____ REFUSED

_____ WITHDRAWN

**Defendants' Proposed Jury Instruction No. 31**

When I say a particular party must prove something by "a greater weight of the evidence," or when I use the expression "if you find," or "if you decide," this is what I mean: When you have considered all the evidence in the case, you must be persuaded that it is more probably true than not true.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.27

\_\_\_\_\_  GIVEN

\_\_\_\_\_  MODIFIED

\_\_\_\_\_  REFUSED

\_\_\_\_\_  WITHDRAWN

**Defendants' Proposed Jury Instruction No. 32**

The plaintiffs, Pain Center of SE Indiana, LLC, The Pain Medicine and Rehabilitation Center, P.C., and Anthony Alexander, M.D., sued Origin Healthcare Solutions LLC, SSIMED, LLC, and Origin Holdings, Inc., the defendants.

Plaintiffs claim that SSIMED, LLC, breached the agreement dated June 18, 2003, it entered into with Pain Center of SE Indiana, LLC. Plaintiffs must prove their claim by the greater weight of the evidence.

Defendants deny plaintiffs' claim. Defendants are not required to disprove plaintiffs' claim.

Defendants have claimed certain defenses. More specifically, defendants claim that:

(1) plaintiffs' claim in this case is inconsistent with plaintiffs' position in a bankruptcy filed by plaintiff The Pain Medicine and Rehabilitation Center, P.C.;

(2) plaintiffs waived their rights under the contract; and

(3) plaintiffs failed to use reasonable care to minimize their damages.

Defendant must prove their defenses by the greater weight of the evidence.

**Authority:** Indiana Model Civil Jury Instruction 505

_____ GIVEN

_____ MODIFIED

_____ REFUSED

_____ WITHDRAWN

**Defendants' Proposed Jury Instruction No. 33**

A contract is an agreement that consists of:

(1) an offer made by one entity;

(2) accepted by another entity; and,

(3) supported by something of value.

**Authority:** Indiana Model Civil Jury Instruction 3303

_____ GIVEN

_____ MODIFIED

_____ REFUSED

_____ WITHDRAWN

**Defendants' Proposed Jury Instruction No. 34**

A contract becomes enforceable when the parties who agree to enter into the contract exchange something of value.

"Something of value" may include:

(1) an act, such as the payment of money, performance of services, or delivery of goods;

(2) a promise to act; or

(3) a promise *not* to do something, such as a promise not to sue, compete, or act in a certain way.

**Authority:** Indiana Model Civil Jury Instruction 3305

_____ GIVEN

_____ MODIFIED

_____ REFUSED

_____ WITHDRAWN

**Defendants' Proposed Jury Instruction No. 35**

A breach of contract occurs when:

(1) a party fails to perform all the duties it agreed to do; or

(2) a party places itself in such a position that it is beyond its power to perform the contract.

**Authority:** Indiana Model Civil Jury Instruction 3307

_____ GIVEN

_____ MODIFIED

_____ REFUSED

_____ WITHDRAWN

**Defendants' Proposed Jury Instruction No. 36**

To recover damages from defendants, plaintiffs must prove all of the following by the greater weight of the evidence:

(1) The parties entered into a contract;

(2) plaintiffs performed their part of the contract;

(3) defendants failed to perform their part of the contract or performed in a defective manner;

(4) defendants' breach of contract damaged plaintiffs;

(5) the parties reasonably anticipated those damages when they entered into the contract; and

(6) defendants' breach of contract was a responsible cause of those damages.

**Authority:** Indiana Model Civil Jury Instruction 3309

\_\_\_\_    GIVEN

\_\_\_\_    MODIFIED

\_\_\_\_    REFUSED

\_\_\_\_    WITHDRAWN

**Defendants' Proposed Jury Instruction No. 37**

A person's conduct is legally responsible for causing a loss if:

(1) the loss would not have occurred without the conduct; and

(2) the loss was a natural, probable, and foreseeable result of the conduct.

This is called a "responsible cause."

**Authority:** Indiana Model Civil Jury Instruction 3311

_____ GIVEN

_____ MODIFIED

_____ REFUSED

_____ WITHDRAWN

**Defendants' Proposed Jury Instruction No. 38**

A loss is "foreseeable" when a person should realize that its act or failure to act might cause that loss.

**Authority:** Indiana Model Civil Jury Instruction 3312

_____    GIVEN

_____    MODIFIED

_____    REFUSED

_____    WITHDRAWN

## Defendants' Proposed Jury Instruction No. 39

If you decide that defendants have breached the contract, the measure of plaintiffs' damages is the amount that would put plaintiffs in the same position they would have been in had the contract been fulfilled.

Plaintiffs may only recover the loss actually suffered and should not be placed in a better position than if defendants had not breached the contract.

**Authority:** Indiana Model Civil Jury Instruction 3313

\_\_\_\_    GIVEN

\_\_\_\_    MODIFIED

\_\_\_\_    REFUSED

\_\_\_\_    WITHDRAWN

**Defendants' Proposed Jury Instruction No. 40**

Plaintiff Anthony Alexander refused to answer certain questions asked of him at his deposition and at the deposition of the plaintiff companies. You may infer from Dr. Alexander's refusal to answer those questions that the answers would have been harmful to plaintiffs' case.

**Authority:** *In re High Fructose Corn Syrup Antitrust Litig.*, 295 F.3d 651, 663 (7th Cir. 2002).

_____ GIVEN

_____ MODIFIED

_____ REFUSED

_____ WITHDRAWN

## Defendants' Proposed Jury Instruction No. 41

A person may not assert a position in a legal proceeding inconsistent with one previously asserted.

Defendants contend that plaintiffs' claim that their losses were caused by a breach of contract by defendants is inconsistent with the position plaintiffs asserted when plaintiff Pain Medicine and Rehabilitation Center, P.C., filed its petition for bankruptcy.

If defendants prove by the greater weight of the evidence that plaintiffs have asserted a position in this lawsuit inconsistent with the position asserted in Pain Medicine and Rehabilitation Center, P.C. in its bankruptcy case, then you should deny recovery to plaintiffs.

**Authority:** *Wabash Grain, Inc. v. Smith*, 700 N.E.2d 234, 237 (Ind. Ct. App. 1998).

\_\_\_\_    GIVEN

\_\_\_\_    MODIFIED

\_\_\_\_    REFUSED

\_\_\_\_    WITHDRAWN

**Defendants' Proposed Jury Instruction No. 42**

A person can waive its known right by voluntarily and intentionally giving it up.

If defendants prove by the greater weight of the evidence that when plaintiffs acted, they:

(1) knew they had the right to additional training or support from defendants;

(2) fully understood that right; and

(3) intentionally gave up that right,

then you should decide that plaintiffs waived that right.

**Authority:** Indiana Model Civil Jury Instruction 3339

\_\_\_\_    GIVEN

\_\_\_\_    MODIFIED

\_\_\_\_    REFUSED

\_\_\_\_    WITHDRAWN

### Defendants' Proposed Jury Instruction No. 43

Plaintiffs must use reasonable care to minimize their damages after they are harmed.

You may consider failure to minimize damages to reduce the amount of damages that plaintiffs claim.

Defendants have the burden of proving by the greater weight of the evidence that plaintiffs failed to use reasonable care to minimize their damages.

**Authority:** Indiana Model Civil Jury Instruction 3189

\_\_\_\_\_    GIVEN

\_\_\_\_\_    MODIFIED

\_\_\_\_\_    REFUSED

\_\_\_\_\_    WITHDRAWN

**Defendants' Proposed Jury Instruction No. 44**

Upon retiring to the jury room, you must select a presiding juror. The presiding juror will preside over your deliberations and will be your representative here in court.

Forms of verdict have been prepared for you.

[Forms of verdict read.]

(Take these forms to the jury room, and when you have reached unanimous agreement on the verdict, your presiding juror will fill in, date, and sign the appropriate form.)

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.32

_____ GIVEN

_____ MODIFIED

_____ REFUSED

_____ WITHDRAWN

**Defendants' Proposed Jury Instruction No. 45**

I do not anticipate that you will need to communicate with me. If you do need to communicate with me, the only proper way is in writing. The writing must be signed by the presiding juror, or, if he or she is unwilling to do so, by some other juror. The writing should be given to the marshal, who will give it to me. I will respond either in writing or by having you return to the courtroom so that I can respond orally.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.33

_____ GIVEN

_____ MODIFIED

_____ REFUSED

_____ WITHDRAWN

**Defendants' Proposed Jury Instruction No. 46**

The verdict must represent the considered judgment of each juror. Your verdict, whether for or against the parties, must be unanimous.

You should make every reasonable effort to reach a verdict. In doing so, you should consult with one another, express your own views, and listen to the opinions of your fellow jurors. Discuss your differences with an open mind. Do not hesitate to reexamine your own views and change your opinion if you come to believe it is wrong. But you should not surrender your honest beliefs about the weight or effect of evidence solely because of the opinions of other jurors or for the purpose of returning a unanimous verdict.

All of you should give fair and equal consideration to all the evidence and deliberate with the goal of reaching an agreement that is consistent with the individual judgment of each juror. You are impartial judges of the facts.

**Authority:** Pattern Civil Jury Instructions of the Seventh Circuit 1.34

_____  GIVEN

_____  MODIFIED

_____  REFUSED

_____  WITHDRAWN

0104393.0603739   4850-4219-5060v1