UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PAIN CENTER OF SE INDIANA, LLC, | ) | |
| INDIANA PAIN MEDICINE AND | ) | |
| REHABILITATION CENTER, P.C., | ) | |
| ANTHONY ALEXANDER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:13-cv-00133-RLY-MJD |
| | ) | |
| ORIGIN HEALTHCARE SOLUTIONS LLC, | ) | |
| SSIMED, LLC, | ) | |
| ORIGIN HOLDINGS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER TO FURNISH JUROR MEALS**

IT IS ORDERED that the jury in this cause be committed to the custody of the bailiff.

IT IS FURTHER ORDERED that the United States District Court furnish meals for seven (7) jurors at the expense of the United States of America.

**SO ORDERED** this 6th day of December 2018.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record